IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-962-CFC |
| | ) |
| AUROBINDO PHARMA, LTD., | ) |
| AUROBINDO PHARMA U.S.A., | ) |
| INC., and EUGIA PHARMA | ) |
| SPECIALTIES LTD. | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF DISMISSAL**

Defendants having not served an answer or a motion for summary judgment, plaintiff Cephalon, Inc. hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(A)(i).  Plaintiff Cephalon, Inc. hereby acknowledges and agrees that the 30-month stay with respect to the approval of Defendants' ANDA under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

|  |  |
|---|---|
| | */s/ John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Daryl L. Wiesen | (302) 298-0700 |
| Nicholas K. Mitrokostas | jshaw@shawkeller.com |
| GOODWIN PROCTER LLP | kkeller@shawkeller.com |
| 100 Northern Avenue | *Attorneys for Plaintiff* |
| Boston, Massachusetts 02210 | |
| (617) 570-1000 | |

Dated: July 31, 2020